USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wendi Kroner,

                          Plaintiff,

    -against-

PetSmart, LLC,

                         Defendant.

No. 21 CIV 8510 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court waives the Initial Pre-trial Conference and directs the Parties to jointly submit a Case Management Plan and Scheduling Order (blank form attached hereto). Said Scheduling Order shall be submitted to chambers by November 29, 2021. After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Andrew E. Krause for general pretrial purposes. The Parties are directed to contact Judge Krause within seven (7) business days of the date of the order of Reference to schedule a conference.

Dated:    November 10, 2021
            White Plains, New York

                      SO ORDERED:

                         NELSON S. ROMÁN
                   United States District Judge

UNITED STATES DISTRICT COURT                                         Rev. Jan. 2012
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

                                                          **CIVIL CASE DISCOVERY PLAN**
                              Plaintiff(s),               **AND SCHEDULING ORDER**
         - against -


                              Defendant(s).        _____ CV _____ (NSR)


-------------------------------------------------------------x

         This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with
counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.       All parties [consent] [do not consent] to conducting all further proceedings before
         a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).
         The parties are free to withhold consent without adverse substantive consequences.
         (If all parties consent, the remaining paragraphs of this form need not be
         completed.)

2.       This case [is] [is not] to be tried to a jury.

3.       Joinder of additional parties must be accomplished by
         _____.

4.       Amended pleadings may be filed until _____.

5.       Interrogatories shall be served no later than _____, and responses
         thereto shall be served within thirty (30) days thereafter.  The provisions of Local
         Civil Rule 33.3 [shall] [shall not] apply to this case.

6.       First request for production of documents, if any, shall be served no later than
         _____.

7.       Non-expert depositions shall be completed by _____.

         a.       Unless counsel agree otherwise or the Court so orders, depositions shall not
                  be held until all parties have responded to any first requests for production
                  of documents.

         b.       Depositions shall proceed concurrently.

         c.       Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8.   Any further interrogatories, including expert interrogatories, shall be served no later than _____.

9.   Requests to Admit, if any, shall be served no later than _____.

10.   Expert reports shall be served no later than _____.

11.   Rebuttal expert reports shall be served no later than _____.

12.   Expert depositions shall be completed by _____.

13.   Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14.   **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15.   Any motions shall be filed in accordance with the Court's Individual Practices.

16.   This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.   The Magistrate Judge assigned to this case is the Hon. _____.

18.   If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19.   The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated:  White Plains, New York

_____

_____
Nelson S. Román, U.S. District Judge